**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FRANK CUMMINS**                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:14CV00288 BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                            **DEFENDANT**

## ORDER

Attorney David Throesch recently filed a motion to withdraw as counsel for Plaintiff Frank Cummins.  (Docket entry #6)  The Court conditionally granted the motion. (#7)  Mr. Throesch has fully complied with the Court's conditional Order.  (#8) Accordingly, the Clerk is directed to terminate Mr. Throesch as counsel of record for Mr. Cummins.

The Clerk should update the docket to reflect that Mr. Cummins is proceeding pro se and his address is 2470 Highway 141 South, Paragould, Arkansas 72450.  If Mr. Cummins does not retain alternate counsel, he must comply with Local Rule 5.5(c)(2) while proceeding pro se.[1]

---

[1] Local Rule 5.5(c)(2) states:

Parties appearing pro se. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be

DATED this 14th day of January, 2015.

                                               _____
                                             UNITED STATES MAGISTRATE JUDGE

---

dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.